No.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40854
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR CAMPOS-RODRIGUEZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-99-CR-179-1
- - - - - - - - - -
February 16, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Victor Campos-Rodriguez has filed a motion to withdraw as counsel and a brief in accordance with Anders v. California, 386 U.S. 738 (1967).  Campos received a copy of counsel's motion and brief but has not filed a response.  Our independent review of the brief and record discloses no nonfrivolous issue.  Accordingly, counsel's motion to withdraw is GRANTED, counsel is excused from further responsibilities in this case, and the APPEAL IS DISMISSED.  See 5th Cir. R. 42.2.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.